No. 92–652. PAPENDICK v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.

No. 92–658. LATHAM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–659. EASLEY v. SOUTHERN SHIPBUILDING CORP. C. A. 5th Cir. Certiorari denied.

No. 92–662. CEDAR COAL CO. v. SHUFF, WIDOW OF SHUFF, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–665. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–689. MCMILLAN v. HUNT ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–697. WANGURI v. PORT OF HOUSTON AUTHORITY. C. A. 5th Cir. Certiorari denied.

No. 92–705. DAVIS v. TOWNSEND ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–715. ULLOA ET AL. v. WESTERN SYSTEMS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–740. C. F. BEAN CORP. v. MID-VALLEY, INC. C. A. 3d Cir. Certiorari denied.

No. 92–742. CURTIS v. WOLF-LENKIN LIMITED PARTNERSHIP. Ct. App. D. C. Certiorari denied.

No. 92–747. MCCOLLOUGH ET UX. v. A. G. EDWARDS & SONS, INC. C. A. 9th Cir. Certiorari denied.

No. 92–748. ALABAMA DRY DOCK & SHIPBUILDING CORP. v. HOLCOMBE. Sup. Ct. Ala. Certiorari denied.

No. 92–749. CAMPOS ET AL. v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied.